IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRY A. BYNUM,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

No. C 15-02222 JSW

**ORDER DIRECTING PLAINTIFF TO ADVISE COURT WHETHER HE CONSENTS TO MAGISTRATE JUDGE FOR ALL PURPOSES**

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). Defendant has filed a notice of consent. (Docket No. 8.) The Court HEREBY DIRECTS Plaintiff to advise the Court, by no later than June 26, 2015, whether he is willing to consent to have a magistrate judge conduct all further proceedings in the instant action.[1] For the Plaintiff's convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: May 29, 2015

                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.