1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7     HENRY ALLEN BYNUM,                        Case No.  15-cv-02222-JSW
              Plaintiff,
8                                               **ORDER SETTING BRIEFING**
                                                **SCHEDULE AND HEARING**
9         v.
                                                Re: Docket No. 11
10    CAROLYN W. COLVIN,
              Defendant.
11
12
13          On August 24, 2015, Defendant filed a motion to dismiss this case.  (Docket No. 11.)

14    Plaintiff is proceeding *pro se* and is not subject to service by the Court's electronic filing system.

15    Defendant has not filed a proof of service of the motion on Plaintiff.  Based on the date Defendant

16    filed her motion, Plaintiff's response should have been due by no later than September 10, 2015, if

17    the motion was served by mail.  It is HEREBY ORDERED that, if Defendant has not served

18    Plaintiff with a copy of the motion, she shall do so by no later than September 21, 2015, and shall

19    file proof of service with the Court by no later than September 22, 2015.

20          It is FURTHER ORDERED that Plaintiff shall file an opposition to the motion by no later

21    than October 6, 2015.  Defendant may file a reply by no later than October 16, 2015.

22          It is FURTHER ORDERED that the motion will be scheduled for a hearing on November

23    13, 2015 at 9:00 a.m. in Courtroom 5, United States Courthouse, 1301 Clay Street, Second Floor,

24    Oakland, California.

25    //

26    //

27    //

28    //

United States District Court
Northern District of California

1    If the Court determines the motion is suitable for disposition without oral argument, it shall

2 notify the parties in advance of the hearing date.

3    **IT IS SO ORDERED.**

4 Dated: September 15, 2015

5

6

7 JEFFREY S. WHITE
  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28