# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ALLEN BYNUM,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 15-cv-02222-JSW<br><br>**ORDER VACATING HEARING**<br><br>Re: Docket No. 11 |

Defendant's motion to dismiss is scheduled for a hearing on November 13, 2015. The Court has determined that it shall resolve this motion on the papers and without oral argument. Accordingly, it VACATES the hearing. Defendant's reply brief remains due on October 16, 2015. Once the reply is filed, the matter shall be deemed submitted, and the Court will issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: October 14, 2015

JEFFREY S. WHITE
United States District Judge