1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY ALLEN BYNUM,

Plaintiff,

v.

CAROLYN W. COLVIN,

Defendant.

Case No.  15-cv-02222-JSW

**ORDER VACATING HEARING ON
MOTION FOR SUMMARY JUDGMENT**

Re: Docket No. 24

On January 4, 2016, this Court issued an Order granting Defendant an extension of time to answer Plaintiff's complaint.  (Docket No. 23.)  In that Order, the Court also set forth a briefing schedule for the Plaintiff's motions for summary judgment.  Plaintiff has filed his motion for summary judgment, within the time required by this Court's Order dated January 4, 2016.  However, Plaintiff has noticed his motion for a hearing on March 18, 2016.  Under Northern District Civil Local Rule 16-5, no hearing is required.  Accordingly, the Court VACATES the hearing scheduled for March 18, 2016.  The Court further clarifies that the briefing schedule previously set by the Court remains in place.  Accordingly, Defendant's opposition shall be due on or before March 4, 2016, and Plaintiff's reply will be due on or before March 18, 2016.  Once the reply is filed, the matter shall be deemed submitted, and the Court will issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated:  February 5, 2016

JEFFREY S. WHITE
United States District Judge